In the Matter of MORRIS C. SMITH, Appellant.

CHARLES W. FROESSEL, Individually and as a Justice of the Supreme Court of the State of New York, et al., Respondents.

Submitted May 17, 1943; decided May 27, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 693.)